## JAMES T. FLEMING v. MAX B. JONES

17 So. (2nd) 123                             January Term, 1944
February 29, 1944                                   Division A

*J. T. Fleming,* in proper person, for appellant.
*Charles I. Campbell,* for appellee.

PER CURIAM:
Affirmed.
It is so ordered.
BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ.,
concur.